FILED IN CLERK'S OFFICE
U.S.D.C. - Newnan

JUL 31 2014

James N. Hatten, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| SHERYL P. FREEMAN, | : |
| Plaintiff, | : CIVIL ACTION FILE |
| v. | : NO. 3:14-cv-00067-TCB-RGV |
| CITIBANK, N.A. et al, | : |
| Defendants. | : |

## MOTION REQUEST FOR PACER ACCESS

Now comes Plaintiff Sheryl P. Freeman, and respectfully requests this court grant her access to PACER at no cost. In making this request, Plaintiff shows the court:

1. Plaintiff applied for and was granted IFP status on 06/06/2014.

2. Plaintiff cannot afford the cost of PACER at this time.

3. No party in this matter will suffer prejudice as a result of the court granting this motion.

4. No attorney has made an appearance in this matter as of today's date, so Plaintiff was unable to ask if opposing counsel agreed to this motion.

Respectfully submitted this 28th day of July, 2014,

*Sheryl P. Freeman*

Sheryl P. Freeman

1721 Dunn Road
Molena, GA 30258
770-468-8887

-2-

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| SHERYL P. FREEMAN, | : |
| | : |
| Plaintiff, | : CIVIL ACTION FILE |
| v. | : |
| | : NO. 3:14-cv-00067-TCB-RGV |
| CITIBANK, N.A. et al, | : |
| | : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I, Sheryl P. Freeman, hereby certify that I have this day served Plaintiff's MOTION REQUEST FOR PACER ACCESS upon Citibank, N.A., et al by USPS Mail.

Respectfully submitted,

*Sheryl P. Freeman*

Sheryl P. Freeman
1721 Dunn Rd.
Molena, GA 30258
770-468-8887

-1-